## **STATEMENT OF FACTS**

On or about June 10, 2014, members of the Metropolitan Police Department and the Alcohol, Tobacco and Firearms Task Force, executed a search warrant at defendant Darius Johnson's residence located at 225 K Street, SW, Washington, D.C. The defendant stays in the only bedroom on the first floor. Officers conducted a search of residence and recovered from the kitchen area under the refrigerator was a loaded 9mm handgun with an extra loaded magazine, a loaded .45 caliber handgun and a plastic wrap that contained approximately 67 grams of crack cocaine. The officers had information that the defendant kept a black 9mm pistol and some crack cocaine under the refrigerator and that another individual kept a second pistol under the refrigerator. Recovered from the defendant's bedroom were a plate, razor blade, and scale each of which was covered with cocaine residue. After the gun and drugs were found, the defendant told the officers that it was all his. The defendant was placed under arrest. A portion of the crack cocaine field tested positive for cocaine. The approximate weight of the crack cocaine recovered indicated that the narcotics were going to be sold to others rather than used exclusively by the defendant.

_____
DETECTIVE KEVIN MCCONNELL
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF JUNE, 2014.

_____
U.S. MAGISTRATE JUDGE